UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN GUZMAN; ANDRE ANTROBUS,

                Plaintiffs,
-against-                          25 **CIVIL** 3338 (KMW)

                                              **JUDGMENT**

NEW YORK CITY; NEW YORK STATE,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2025, the Court has denied Andre Antrobus's request to proceed IFP, and has dismissed his claims without prejudice under the PLRA's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Antrobus remains barred from filing any future action IFP while he is in custody, unless he is under imminent threat of serious physical injury. The Court has dismissed without prejudice the claims brought by Brian Guzman, under 28 U.S.C. § 1915(a)(1), for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

       September 16, 2025

                                                       **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**     *K. Mango*

                                                          **Deputy Clerk**